DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

Attorneys for Plaintiff James Eashoo,
individually and on behalf of all others
similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EASHOO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>IOVATE HEALTH SCIENCES U.S.A, INC.,<br><br>        Defendant. | CASE NO. 2:15-cv-01726-BRO-PJW<br><br>**STIPULATION FOR RELIEF FROM LOCAL RULE 23-3**<br><br>Assigned to the Honorable Beverly Reid O'Connell |

862663.1

STIPULATION FOR RELIEF FROM LOCAL RULE 23-3

1    WHEREAS, Plaintiff James Eashoo ("Plaintiff") filed the above-captioned
2 class action lawsuit on March 10, 2015;
3    WHEREAS, Plaintiff served his Complaint on Defendant Iovate Health
4 Sciences U.S.A., Inc. ("Defendant") on March 11, 2015;
5    WHEREAS, Defendant accepted service by executing a Waiver of Service of
6 Summons (Dkt. No. 13), which makes May 11, 2015 the deadline for Defendant to
7 file a response to the Complaint;
8    WHEREAS, Local Rule 23-3 requires Plaintiff to file a Motion for Class
9 Certification within 90 days after service of their Complaint, or June 11, 2015;
10    WHEREAS, the parties agree that good cause exists for relief from the
11 requirements of Local Rule 23-3 so that the parties have sufficient time to resolve
12 the pleadings, conduct discovery, and to investigate and prepare their positions
13 regarding class certification;
14    IT IS HEREBY STIPULATED by and between the parties, through their
15 respective counsel of record, as follows:
16    1.    The parties are relieved from the requirements of Local Rule 23-3;
17    2.    The parties shall propose a schedule for the briefing and hearing on
18 Plaintiff's Motion for Class Certification in their Joint Rule 26(f) Report; and
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

3. The Court will address the briefing and hearing schedule for Plaintiff's Motion for Class Certification at the initial Scheduling Conference.

DATED: March 24, 2015

**PEARSON, SIMON & WARSHAW, LLP**
DANIEL L. WARSHAW
BOBBY POUYA
MATTHEW A. PEARSON

By: /s/ Daniel L. Warshaw
DANIEL L. WARSHAW
Attorneys for Plaintiff James Eashoo, individually and on behalf of all others similarly situated

DATED: March 24, 2015

**NEWPORT TRIAL GROUP**
SCOTT FERRELL

By: /s/ Scott Ferrell
SCOTT FERRELL
Attorneys for Defendant Iovate Health Sciences U.S.A., Inc.