1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EASHOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES U.S.A, INC.,<br><br>Defendant. | CASE NO. 2:15-cv-01726-BRO-PJW<br><br>**ORDER GRANTING RELIEF FROM LOCAL RULE 23-3**<br><br>Assigned to the Honorable Beverly Reid O'Connell |

PURSUANT TO the "Stipulation for Relief from Local Rule 23-3" filed jointly by the parties, and good cause appearing therefrom, the Court HEREBY ORDERS AS FOLLOWS:

1. The parties are relieved of the requirements of Local Rule 23-3;

2. The parties shall propose a schedule for the briefing and hearing on Plaintiff's Motion for Class Certification in their Joint Rule 26(f) Report; and

3. The Court will address the briefing and hearing schedule for Plaintiff's Motion for Class Certification at the initial Scheduling Conference.

**IT IS SO ORDERED.**

DATED: March 25, 2015

_____
Beverly Reid O'Connell
United States District Court Judge

2
ORDER GRANTING RELIEF FROM LOCAL RULE 23-3