Scott J. Ferrell, Bar No. 202091
  sferrell@trialnewport.com
David W. Reid, Bar No. 267382
  dreid@trialnewport.com
Richard H. Hikida, Bar No. 196149
  rhikida@trialnewport.com
**NEWPORT TRIAL GROUP**
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Defendant
IOVATE HEALTH SCIENCES U.S.A. INC.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EASHOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES U.S.A., INC.,<br><br>Defendants. | Case No. 2:15-cv-01726-BRO-PJWx<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF PEARSON, SIMON & WARSHAW, LLP AS INTERIM LEAD COUNSEL**<br><br>DATE: May 18, 2015<br>TIME:   1:30 p.m.<br>CTRM:  14<br><br>The Honorable Beverly Reid O'Connell |

    Defendant IOVATE HEALTH SCIENCES U.S.A. INC. ("Iovate") hereby submits this response to Plaintiff James Eashoo's Motion for Appointment of Pearson, Simon & Warshaw, LLP as Interim Lead Counsel.  Although Iovate does not agree that a class should be certified, Iovate takes no position on whether the Court should appoint interim lead counsel or who that counsel should be.

Dated:  April 27, 2015

                            NEWPORT TRIAL GROUP
                            A Professional Corporation

                            By: */s/Scott J. Ferrell*
                                Scott J. Ferrell
                                Attorneys for Defendant
                                IOVATE HEALTH SCIENCES U.S.A. INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2015, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF PEARSON, SIMON & WARSHAW, LLP AS INTERIM LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                      */s/Scott J. Ferrell*
                                                      Scott J. Ferrell