UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EASHOO, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES U.S.A., INC.,<br>Defendants. | Case No. 2:15-cv-01726-BRO-PJWx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FINAL APPROVAL HEARING** |

1  The Court, having considered the parties' Stipulation agreeing to continue
2  the Final Approval Hearing, for good cause shown,
3      IT IS HEREBY ORDERED that the Final Approval Hearing is continued
4  from March 21, 2016, at 1:30 p.m. to April 4, 2016, at 1:30 p.m.

7  **IT IS HEREBY ORDERED**

9  Dated: November 13, 2015

    HONORABLE BEVERLY REID O'CONNELL
    UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE FINAL APPROVAL HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

          /s/Scott J. Ferrell
          Scott J. Ferrell