DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
ALEXANDER R. SAFYAN (Bar No. 277856)
  asafyan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Attorneys for Plaintiff James Eashoo, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EASHOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>IOVATE HEALTH SCIENCES U.S.A., INC.<br><br>Defendant. | Case No. 2:15-cv-1726-BRO-PJW<br><br>**SUPPLEMENTAL DECLARATION OF REBECCA BLAKE RE: PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   April 4, 2016<br>Time:   1:30 p.m.<br>Crtrm:  14 – Spring Street<br>Judge:  Hon. Beverly Reid O'Connell |

I, Rebecca Blake, declare as follows:

1. I am a Program Manager for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2926. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. Rust has provided notification and/or claims administration services in more than 4,500 cases.

3. As of March 28, 2016, Rust received 27,723 Claim Forms. Of those 27,723 Claim Forms 886 were submitted after the February 8, 2016 filing deadline and are therefore invalid. An additional 2,549 Claims were determined to be outside of the United States, fraudulent, a duplicate or exceeded the household limit, and therefore also invalid. At this time the remaining 24,288 Claim Forms are determined to be valid and approved to receive payment based on the information provided with the claim. Of the 24,288 valid claims, 857 are Option 1: Proof with Receipt, 300 are Option 2: Proof of Purchase, 23,131 are Option 3: No Proof.

4. The 24,288 Class Members who submitted a valid Claim Form claimed approximately $1,589,416. The average estimated award for each valid claim is $98.88.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed this 1st day of April, 2016, at Minneapolis, Minnesota.

REBECCA BLAKE

SUPPLEMENTAL DECLARATION OF REBECCA BLAKE RE: PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT